

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED
11-5 09
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**UNITED STATES OF AMERICA**

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:09-cr-247-J-20HTS
USM NUMBER:

v.

**ELEAZER JOEL MALDONADO-GOMEZ**

Defendant's Attorney: Susan Good Yazgi (AFPD)

## THE DEFENDANT:

**X** admitted guilt to violation of charge numbers _1 and 2_ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Law Violation: Re-Entry of a Deported Alien | July 2009 |
| 2 | Violation of Special Condition ordering the Defendant not to return to the US illegally | July 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____ The Government is not pursuing charge number(s)____ and the Defendant is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: November 5, 2009

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: November 5, 2009

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation

| | |
|---|---|
| Defendant: ELEAZER JOEL MALDONADO-GOMEZ | Judgment - Page 2 of 2 |
| Case No.: 3:09-cr-247-J-20HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **six (6) months and one day to run consecutively with the Defendant's term(s) of imprisonment already imposed or as yet to be imposed in any future sentence in Docket Number 3:09-cr-207-J-20HTS, Middle District of Florida, U. S. District Court..**

_____ The Court makes the following recommendations to the Bureau of Prisons: an institution in Texas

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.   p.m.   on _____.

    ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL